Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



FILED
NOV 01 2018
MARY C. LOEWENGUTH, CLERK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**18 CV 6789 CJS**

**A.** **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff** must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Lisa Morse, Plaintiff-Claimant

**-vs-**

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. Add a separate sheet, if necessary.*

1. Ronzell Stamps
2. Bobby Kirven
3. Patrick Antonio Napier
4. Street gang
5. Street gang's place of employment
6. 

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Fraud and swindles pursuant to 18 U.S. Code § 1341, 18 U.S. Code § 1034-1035, pursuant to 18 U.S. Code § 1038, pursuant to 18 U.S. Code § 1951

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: All parties reside in the Western District New York.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Fraud and swindles and Interference with commerce due to street gang whom the defendant is in association to cause malicious acts against Plaintiff and minor biological dependants

### 3.  PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  **NOTE:**  *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Lisa Morse

Present Address: P.O. Box 92034, Rochester, NY 14692

Name of Second Plaintiff: Lisa Morse's two, biological minor dependants

Present Address: P.O. Box 92034, Rochester, NY 14692

**DEFENDANT'S INFORMATION**  **NOTE:**  *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Ronzell Stamps

Official Position of Defendant (if relevant): employee of the United States

Address of Defendant: 128 Devon Rd, Rochester, NY 14619

Name of Second Defendant: Bobby Kirven and associates

Official Position of Defendant (if relevant): employee of the United States

Address of Defendant: 5 Melissa Lane, Penfield, NY 14526
Patrick Antonio Napier is an associate

Name of Third Defendant: Street gang - Ronzell Stamp's associates

Official Position of Defendant (if relevant): text club from NY to Florida

Address of Defendant: Street gang employed at U.S.P.S., Taco Bell, Wegmans, KFC, Walmart, McDonalds, Burger King, public and private, entities, laundry mat facility, Deltasonic

### 4.  PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**     Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

        Yes ✓   No____

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

    Plaintiff(s): Bobby Kirven - LT-002299-16 e.g.
    Lisa Morse - plaintiff federal claims

Defendant(s): _Bobby Kirven and Ronzell Stamps in federal claims, Lisa Morse defendant LT00-2299-16_

2. Court (if federal court, name the district; if state court, name the county): _Rochester City Court - LT-002299-16, federal Western District NY_

3. Docket or Index Number: _LT-002299-16, 18-CV-6702_

4. Name of Judge to whom case was assigned: _Honorable Campbell, U.S. Court of Appeals Second Circuit_

5. The approximate date the action was filed: _2016, 2018_

6. What was the disposition of the case?

   Is it still pending?   Yes _✓_   No _✓_

   If not, give the approximate date it was resolved. _federal Court pending_

   Disposition (check those statements which apply):

   _____ **Dismissed** (check the statement which indicates why it was dismissed):

       _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

       _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

       _____ By court due to your voluntary withdrawal of claim;

   _____ **Judgment** upon motion or after trial entered for

       _✓_ plaintiff
       _____ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) _18th day of October 2018 and August 2018_

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _Ronzell Stamps unlawfully entered Lisa Morse's relatives home to steal Plaintiff's paperwork associated with 18-CV-6747 - Bobby Kirven mailed via U.S.P.S._

Place of residence

did the following to me (*briefly state what each defendant named above did*): defendant also entered relatives' home, unlawfully in August 2018 to steal pater - father's Home owner's insurance paperwork. Place of residence located 122 Devon Road where the unlawful entering occurred. Plaintiff Lisa Morse has yet to receive receipt of paperwork - 18 - cv - 6747 via U.S.P.S. from United States District Court. U.S.P.S. employees connected to defendant.

The federal basis for this claim is: fraud and swindles, and Interference with commerce pursuant to 18 U.S. Code § 1951 18 U.S. Code § 1341 - 1034 - 1038.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

Plaintiff - claimant is seeking relief from United States District Court and U.S. Marshal to apply the law if founded unjus pursuant to U.S. Codes listed.

**B. SECOND CLAIM:** On (*date of the incident*) On going since May 2016

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Ronzell Stamps have been unlawfully tracking Plaintiff and minor dependants, and other relatives for Bobby Kirven

did the following to me (*briefly state what each defendant named above did*): Plaintiff's automobile has tracking devices and relatives' place of residence has cameras and audio devices unlawfully placed by Ronzell Stamps. Plaintiff is requesting the U.S.D.C. to conduct an audit concerning Ronzell Stamps and relatives regarding finances, cell phones, alias, remote devices, relatives' property, text club connected to Bobby Kirven

The federal basis for this claim is: unlawful harrassment, fraud and Swindles, Interference with commerce pursuant to 18 U.S. codes § 1951 18 U.S. Codes § 1341 - 1304 - 1038.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

Plaintiff - claimant is seeking relief from U.S.D.C. and U.S. Marshal to apply the law - U.S. Codes and conduct an audit on defendants, street gangs, cell phones, alias, remote devices, text club associated with street gang and Bobby Kirven.

**If you have additional claims, use the above format to set them out on additional sheets of paper.** Tracking devices assist street gang employed at public and private businesses to harrass Plaintiff and minor children. Street gang contacted thru text messages from Ronzell Stamps and relatives. exhibit B

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Plaintiff-claimant, Lisa Morse and minor dependants are victims of Ronzell Stamps and street gangs interfering with commerce to assist Bobby Kirven and adversaries. Defendant is also associated with Patrick Antonio Napier who has unconsented Life

Do you want a **jury trial?** Yes ___/___ No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 30th day of October 2018
               (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Autograph By: Muse; Lisa Yvette

_____
Signature(s) of Plaintiff(s)— Claimant

Insurance Policy claims concerning Plaintiff's minor biological dependants which is unwarranted, Plaintiff need assistance from U.S.D.C. to locate Patrick Antonio Napier's place of residence, associated with Social Security Administration, sui juris.

Autograph By: Vicoactus Muse; Lisa Yvette

Exhibit A

Stolen Documents associated
with — 18-cv-6747

30th day of October 2018

PO Box 92034
Rochester, NY 14692

16th day of October 2018

Mary hoewenguth - ab actis
United States District Court
100 State Street
Rochester, NY 14614

RE: Two Civil Claims - Morse v Goldberg Segalla
                        Morse v Bobby Hirven


Dear Mary hoewenguth - ab actis
        Plaintiff - claimant, hisa Morse, herein submit
two claims to be processed. Plaintiff - Claimant is
also requesting her two copies be time stamped,
received by U.S.D.C. Western District New York, and
returned to Plaintiff - claimant via United States
Postal Service (enclosed is stamped envelope).

Respectfully Submitted
Muse; Lisa Yvette
Autograph By: hisa Morse

* Originals are in blue ink labeled and Stamps on the back
for U.S.D.C.
hisa Morse's copies are in black and white copies

enclosed in U.S.P.S. Priority Mail with signature confirmation
envelope submitted by Luisa Morsey
On the 16th day of October 2018 destination
United States District Court Western
District New York Kane's Instruction letter
dated 16th day of October 2018.
Two civil complaints — Fraud P.S.
Morse vs Goldberg Segalla and
Jamie Caldwell

Morse vs Bobby Kirven

Two Summons — Goldberg Segalla —
Jamie Caldwell

One Summons — Bobby Kirven

Two Motion to proceed Informa
Pauperis for; Morse v Goldberg
Morsey Bobby Kirven

Two complaints Autographed or
Morsey lisa-yvette

one complaint for Goldberg Segalla

One complaint for Bobby Kirven
with exhibits A,B,C

exhibits contained; Bobby Kirven's fraudulent document
and two copies Affidavit concerning Bobby Kirven's
duplicate associate Patrick Napier- court date
with five stamped Accident report concerning Street gang
envelope- purple member
stamp Honorable Campbell's Notice of Decision

Lisa

Receipt U.S.P.S.

---

ROCHESTER
1335 JEFFERSON RD
ROCHESTER
NY
14692-9998
3571220692
(800)275-8777   6:30 PM

10/16/2018

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope (Domestic) (ROCHESTER, NY 14614) (Weight:0 Lb 3.50 oz) (Estimated Delivery Date) (Thursday 10/18/2018) | 1 | $1.63 |
| First-Class Mail Large Envelope (Domestic) (BUFFALO, NY 14202) (Weight:0 Lb 3.50 oz) (Estimated Delivery Date) (Thursday 10/18/2018) | 1 | $1.63 |
| PM 1-Day Flat Rate Env (Domestic) (ROCHESTER, NY 14614) (Flat Rate) (Expected Delivery Date) (Wednesday 10/17/2018) (USPS Tracking #) (9510 8152 5554 8289 3427 54) | 1 | $6.70 |
| Insurance (Up to $50.00 included) | 1 | $0.00 |
| Sign Conf | 1 | $3.00 |
| Purple Heart 1 (Unit Price:$0.50) | 4 | $2.00 |

Total                                    $14.96

Debit Card Remit'd                       $14.96
(Account Name:MasterCard)
(Account #:XXXXXXXXXXXX1420)
(Approval #:145)
(Transaction #:012893)
(Receipt #:012893)
(Debit Card Purchase:$14.96)
(Cash Back:$0.00)
(AID:A0000000042203                Chip)
(AL:DEBIT)

MONROE COUNTY LAW DEPARTMENT   24 PM 4:19

Exhibit B

Documents that support
evidence of ~~Street~~ Gang harrassment

30th day of October 2018

PROGRESSIVE CLAIMS
3 DAKOTA DRIVE
SUITE 200
NORTH NEW HYDE PARK, NY 11042

**PROGRESSIVE**®

504374 3483 1 AB 0.408 CLTRS01C 016 003483

**Underwritten By:**
**Progressive Casualty Insurance**
**Company**

Claim Number:   18-5516591
Loss Date:        March 12, 2018
Document Date: April 20, 2018
Page 1 of 1

LISA Y MORSE
PO BOX 92034
ROCHESTER, NY 14692

**claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a
new claim.

# Important information about your claim

I've been unable to reach you about an incident that happened on March 12, 2018. I'm here to help, so please contact
me within 10 days if you're interested in pursuing this claim.  If I don't hear from you within this timeframe, I'll assume
you don't plan to pursue a claim and will close my file.

Thank you,

MAXINE HILAIRE
Claims Department
1-516-502-1654
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-516-352-1842
Form 2577 XX (11/13) NY

*two accidents in the same*
*location Walmart on chili Ave*
*street gang harrassing Plaintiff*
*street gang both agressors in*
*accidents.*
*check Plaintiff's driving record*
*never been in two accidents*
*less than nine months*

*second accident*

# ACCIDENT INFORMATION EXCHANGE FORM

NY State Law requires that any accident resulting in a fatality, injury or damage to property of any person (including damage to your vehicle) or entity over $1000 be reported by YOU to the Department of Motor Vehicles (DMV) within 10 days after an accident. Failure to report an accident or failure to give correct information is a misdemeanor and may result in the suspension/revocation of your driver's license (or operating privilege in NYS) and all vehicle certifications or registrations.

Report your Accident to DMV on DMV form MV-104 (Report of Motor Vehicle Accident). Police Accident Reports (DMV form MV-104A) DO NOT satisfy YOUR civilian reporting requirement.

| Accident Report # | Local Codes | Date | Time | # of Veh. | Town, City, Road Name | |
|---|---|---|---|---|---|---|
| FX2G468SH8NL | 18-026757 | **10/15/2018** | 6 26 PM | 2 | GATES, TOWN OF - 2853 | CHILI AVE |
| Police Agency | | | Officer's Name/Badge ID# | | | |
| GATES TOWN POLICE DEPT - 02753 | | | VENTRELLA | | NICK | 0906 |

## VEHICLE #  001

| Operator's Name | | | Date of Birth | Address | |
|---|---|---|---|---|---|
| FOX | LATRISHA | R | 01/07/1970 | 2550 CITRUS TOWER BLVD | |
| City/State/Zip | | | Motorist I.D.# | Vehicle Year and Make | License Plate # and State |
| CLERMONT | FL | 34711-6842 | F200536705070 | 2012    NISS | BBJJ39    FL |
| Vehicle Type | Insurance Code and Company | | | Vehicle Owner | |
| 4DSD | 100 - GEICO INDEMNITY COMPANY | | | FOX    LATRISHA    R | |
| Vehicle Towed By | | | | Vehicle Towed To | |
| | | | | | |

Miscellaneous Notes

## VEHICLE #  002

| Operator's Name | | | Date of Birth | Address | |
|---|---|---|---|---|---|
| MORSE | LISA | Y | 11/26/1966 | PO BOX 92034 | |
| City/State/Zip | | | Motorist I.D.# | Vehicle Year and Make | License Plate # and State |
| ROCHESTER | NY | 14692 | 622776196 | 2006    TOYT | GWW4745    NY |
| Vehicle Type | Insurance Code and Company | | | Vehicle Owner | |
| 4DSD | 413 - PROGRESSIVE CSTLY INS CO | | | MORSE    LISA    Y | |
| Vehicle Towed By | | | | Vehicle Towed To | |
| | | | | | |

Miscellaneous Notes

Please wait 14 days before contacting DMV to request a copy of your accident report.

If you want to purchase a copy of the police accident report, form MV-104A,

complete DMV's "REQUEST FOR COPY OF ACCIDENT REPORT" form MV-198C and send it to DMV.

The form and instructions are available at   www.dmv.ny.gov    or at your local DMV office

THE FORM MV-104A MAY ALSO BE PURCHASED BY CONTACTING THE INVESTIGATING POLICE AGENCY.

GATES TOWN PD., 1605 BUFFALO RD., ROCHESTER, NY 14624

To obtain a blank civilian Accident Report (Form MV-104),

visit the DMV office nearest you

or

access forms online at   www.dmv.ny.gov

Lisa Morse
P.O. Box 92034
Rochester, NY 14692

21st day of September 2018

New York Coin Laundry Owner-CEO
1505 Howard Road
Rochester, New York  14624

"Affidavit of Truth"
Incident Report-Extreme Harsh Chemical Use
ad damnum-jus publicum privatorum pactis
mutari non potest

Dear New York Coin Laundry Owner-CEO,
      Patron, Lisa Morse, herein acknowledge
and state for the record-recordari extreme
harsh chemical use by your laundromat
attendant-employee on 20th day of September
2018.

      On 20th day of September 2018, Patron,
Lisa Morse, and minor biological dependants
were affected by extreme harsh chemicals
use by your laundromat attendant-employee.

Page two

    Patron, Lisa Morse, asked the laundromat attendant - employee to cease the usage of extreme harsh chemicals and exited the establishment with minor biological dependants. Following Patron, Lisa Morse's request, another patron present at the time of the incident complained of having a severe headache due to the laundromat attendant - employee usage of extreme harsh chemicals.

    The incident of extreme harsh chemical use can be viewed on camera by New York Coin Laundry camera footage on 20th day of September 2018, in the seven - eight o'clock pm hours. Notorized copy will be mailed via United States Postal Service. Respectfully Submitted,

Morse, Lisa Yvette

Autograph By: Lisa Morse

CC: Cheryl Dinolfo

Lisa Morse
P.O. Box 92034
Rochester, NY 14692

12th day of October 2018

Mary Loewenguth, President Trump, Geoffrey Cox,
Chery Dinolfo, United States District Court
Western District New York,
Buffalo, New York 14202
RE: Lisa Morse v Bobby Kirven — 18-cv-6702 — favor Contractu

"Affidavit of Truth"

Vi coactus — Lisa Morse and minor biological dependant
due to Bobby Kirven and associates — street gang

Dear Mary Loewenguth President Trump, Geoffrey Cox,
Cheryl Dinolfo, and United States District Court,
      PLEASE TAKE NOTICE Plaintiff-claimant,
Lisa Morse, herein acknowledge and accept Clerk
of the Court, Mary Loewenguth President of the United
States, Donald Trump, Attorney General, Geoffrey Cox,
Monroe County Executive, Cheryl Dinolfo, Public Oaths
as trustees to state for the record Bobby Kirven and
associates — street gang are committing malicious acts

Page one

against Plaintiff-Claimant, and minor biological dependants. Plaintiff-Claimant is constantly harrassed by Bobby Kirven's associates - street gang. Plaintiff-claimant's automobile have tracking devices which Patrick Antonio Napier assisted the street gang in applying device to claimant's automobile. Patrick Antonio Napier is Bobby Kirven's associate and street gang member.

Bobby Kirven and associates - street gang are planning malicious acts against pater - father, Henry Lee Hogan, Plaintiff-claimant, Lisa Morse, and minor biological dependants by maliciously using Plaintiff-claimant's brother, Mark Hogan. Plaintiff's brother suffers from mental illness - extreme depression and drug and alcohol abuse. The street gang is supplying Plaintiff-claimant's brother, Mark Hogan, with opiods, crack-cocaine, K-2, and additional mind altering drugs and alcohol. The street gang and Bobby Kirven are using Plaintiff's brother's mental illness to committ these malicious acts or use his mental illness for an alibi to commit the malicious acts themselves.

12th day of October 2018

18-cv-6702

Page two

Plaintiff's brother, Henry Lee Hogan, is suffering from severe depression and drug and alcohol addiction and the Department of Human-Social Services in Monroe County can attest due to their observation in the W.E.P. Program concerning Mark Hogan. Bobby Kirven and associates — street gang are committing these malicious acts against Henry Lee Hogan, Plaintiff-claimant, Lisa Morse, and minor biological dependants for Henry Lee Hogan's Life Insurance Policy Claim, Wilhelmenia Davis' estate, and Life Insurance Policy fradulent claims concerning Plaintiff-claimant, Lisa Morse, and biological Dependants.

PLEASE TAKE FURTHER NOTICE Plaintiff-claimant, Lisa Morse, herein acknowledge some of these street gang members:

1. Bobby Kirven's Relatives and associates
2. Patrick Antonio Napier, Patrick Antonio Napier's relatives and their associates
3. Lisa Morse's relatives' neighbors that reside at:
   a. Devon Road
   b. Winborne Rd.
   c. Hillendale Street

18-CV-6702

12th day of October 2018

Page three

d. Thurston Road
e. reside at Wilhelmenia Davis' Property — estate
f. Doris Roman, Doris Roman's relatives and their associates, and associates
g. Luisa Morse's relatives whom decide to associate with Bobby Kirven and associates — street gang and adversaries

Tracking devices on Plaintiff's automobile assist Bobby Kirven and associates — street gang to harrass Plaintiff and minor dependants and contact other gang members in public and private Businesses and public and private entities.

Plaintiff-claimant's brother, Mark Hogan, desparately needs a mental health evaluation and manipulating Mark Hogan for their malicious acts.

Respectfully Submitted,

Vicoactus Muse; Lisa Yvette

Autograph By: Luisa Morse; Plaintiff-claimant
                    In propria persona

12th day of October 2018

18-cv-6705

Page four

Lisa Morse
P.O. Box 92034
Rochester, NY 14692

22ND day of October 2018

United States Court of Appeals—Second Circuit
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: Lisa Morse v Bobby Kirven, Bobby Kirven's associates favor contractus—18-CV-6702 cjs

Affidavit Rebuttal
Notice of Appeal—jus publicum

Dear Catherine O'Hagan Wolfe and Mary C. Loewenguth—ab actis,

PLEASE TAKE NOTICE Appellant—claimant, Lisa Morse, herein acknowledge and accept Clerks of the Court, Catherine O'Hagan Wolfe—ab actis, and Mary C. Loewenguth—ab actis, Public Oaths as trustees to state for the recordari—record the unsigned judgement by Honorable Siragusa is based on no merit and is not following due process of law—jus publicum. Therefore, based on the

Page one

foregoing Appellant-claimant Lisa Morse is submitting Notice of Appeal to the United States Court of Appeals For the Second Circuit.

Appellant—claimant, Lisa Morse, is entitled to due process of the law — jus publicum acta publica. Ab actis—Clerk of the Court, Mary Loewenguth's, comments written concerning claim 18-cv-6702cjs is based on no merit. Mary Loewenguth is not a licensed psychologist nor an Honorable Administrator judge and should refrain from comments that are based on no merit. Federal claims should be supported by facts and facts only. Therefore, the facts concerning Appellant's claim—18-cv-6702 are: Mr. Bobby Kirven is not the true and correct executor of Wilhelmenia Davis' estate, Appellant was wrongfully evicted from place of residence by Bobby Kirven and representative, Mitchell Chait—exhibit A, and Bobby Kirven's associates are harrassing Appellant and minor biological dependants — exhibit B.

PLEASE TAKE FURTHER NOTICE Appellant—claimant, Lisa Morse, herein is seeking relief by appealing to United States Court of Appeals For the Second Circuit and deem unsigned judgement by Honorable Siragusa—injuria—ex injuria jus non oritur—in delicto suggestio falsi—does not represent

22nd day of October 2018                    18-cv-6702cjs

Page two

Appellant-claimant's claim in favor contractus – 18-CV-6702cjs – complete documents must be used to support judgement **not** quotes from another claim. Quotes from another claim the jurisdiction is in question and not warranted. United States District Court Western District New York judgement is based on no merit.

Bobby Kirven's history with fraudulent documents is in exhibit C. Appellant-claimant is requesting to submit associate, Ronzell Stamps, who reside at 128 Devon Road, Rochester, New York 14619, as a defendant in claim – 18-CV-6702cjs – favor contractus. A summons will be submitted to the United States District Court Western District New York. A copy will be in exhibit C.

Respectfully Submitted,
Vicoactus Muse; Lisa Yvette
Autograph By: Lisa Morse, Appellant-claimant
In propria persona

22ND day of October 2018                    18-CV-6702cjs

Page three

18 CV 6789 CJS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS — Claimant

Morse, lisa, Y

**(b)** County of Residence of First Listed Plaintiff    Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

In propria Persona

## DEFENDANTS

Ronzell Stamps

County of Residence of First Listed Defendant   Monroe,
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
         THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

USDC-WDNY
NOV 1 2018

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   See below

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Pursuant to 18 U.S. Code 1341, 18 U.S. Code 1034-1038 1951 18 U.S. Code

Brief description of cause:
Fraud and Swindles, Interference with commerce

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Audit and 1300.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE Honorable Campbell   DOCKET NUMBER LT-00299-16

DATE 30th day of October 2018   SIGNATURE OF ATTORNEY OF RECORD Autograph By: Morse, Lisa-Yvette

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____